**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| B.X. , a minor, | § | |
| | § | |
| Petitioner/Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| JONATHAN HAYES, in his official ca- | § | CIVIL ACTION NO. 1:19-cv-00017 |
| pacity as Interim Director of the Office of | § | |
| Refugee Resettlement, and SERVANDO | § | |
| BARRERA, in his official capacity as | § | |
| Federal Field Specialist, Office of Refu- | § | |
| gee Resettlement, | § | |
| | § | |
| | § | |
| Respondent/Defendant. | § | |

<u>PETITIONER B.X.'s TRAVERSE</u>

Comes now Petitioner B.X., who, by and through the below, his attorney of record, pursuant to 28

USC § 2248, who does hereby set out herein his traverse in response to the allegations set out in

Federal Respondents' Memorandum In Opposition To Petitioner's Emergency Motion For Tempo-

rary Restraining Order And Preliminary Injunction And Federal Respondents' Motion To Dismiss

Petitioner's First Amended Petition For Writ Of Habeas Corpus And Complaint For Declaratory

And Injunction Relief, and exhibits attached thereto, in the following particulars:

1. Petitioner and the undersigned object to the characterization of Petitioner's attorney as
   not respecting his or his parent's wishes with respect to the matters involving Peti-
   tioner's best interests, and denies that such is true;

2.     Petitioner and the undersigned deny that counsel ever insisted or otherwise stated to Petitioner's parents that his parents should not contact or speak to Respondents or their agents.

3.     Petitioner and the undersigned deny that his parents' wishes have been other then as set out in their sworn-to declarations regarding counsel's authority, and the designation of the Sewell's as his sponsor.

4.     Petitioner and · undersigned deny that counsel ever represented to Respondents or their agents that Holly Sewell or her family were related to Petitioner or Petitioner's parents.

      WHEREFORE, premises considered, Petitioner prays for this court to accept their filing as the traverse required under 28 USC § 2248.

Dated: March 25, 2019

                             Respectfully submitted,

                             **DE ANDA LAW FIRM, PC**
                             212 Flores Avenue
                             Plaza de San Augustin
                             Laredo, Texas 78040
                             Telephone: (956) 726-3800
                             Facsimile: (956) 726-0030
                             deandalaw@gmail.com
                             Texas Bar No. 05689500

I declare under penalty of perjury that the foregoing is true and correct based on my personal knowledge. Executed in Laredo, Webb County, Texas, on this the 23 day of March 2019.

Ricardo de Anda

## CERTIFICATE OF SERVICE

I, Ricardo de Anda, did serve the foregoing on E. Paxton Warner, Assistant United States Attorney for the Southern District of Texas, by emailing him a copy of same at:

Paxton.Warner@usdoj.gov

on this the 23 day of March 2019.

Ricardo de Anda