Q Search | Home | My Network | Jobs | Messaging 

**Online Ed.D. Degree** - Our full Doctorate tuition is 1/3 the cost of comparable online p



## matthew sewell · 3rd

Senior Software Engineer at MineralSoft

Austin, Texas Area

 MineralSoft

 See contact info

 170 connections

 Message    ...

Former Chief Software Engineer at KBK Technologies. Former CTO Nexersys, Inc. Former Advertising Systems and Strategy Mgr, Myspace. One of the founding employees of iLike.com. Specialties: Business, Python, MySQL, JavaScript, frameworks and databases, *nix operating systems, nginx. Additionally, I have a working general knowledge of finance and financial planning from over a decade in the financial services industry. Other interests: Audio engineering and music performance.

GOVERNMENT EXHIBIT 3