**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| B.X., a minor, | § | |
| | § | |
| Petitioner/Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| JONATHAN HAYES, in his official | § | CIVIL ACTION NO. 1:19-cv-00017 |
| capacity as Interim Director of the Office | § | |
| of Refugee Resettlement, and | § | |
| SERVANDO BARRERA, in his official | § | |
| capacity as Federal Field Specialist, | § | |
| Office of Refugee Resettlement, | § | |
| | § | |
| Respondent/Defendant. | | |

## PLAINTIFF'S DESIGNATION OF EXPERT WITNESS

Plaintiff, B.X., hereby designates the following expert witness:

1.  Amy J. Cohen, M.D.
    815 N. Harper Avenue
    Los Angeles, CA  90046
    Tel. (339) 223-0695
    Email:  acohen8919@mac.com

Dr. Cohen will testify regarding the emotional and medical condition of Plaintiff caused

by his prolonged incarceration and the improper care of his leg fracture.

Respectfully submitted,

**DE ANDA LAW FIRM, PC**
212 Flores Avenue
Plaza de San Augustin
Laredo, Texas 78040
Telephone:  (956) 726-3800
Facsimile:  (956) 726-0030
deandalaw@gmail.com
Texas Bar No. 05689500

By:  Ricardo de Anda
*ATTORNEYS FOR PETITIONER/PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2019, I electronically filed the foregoing with the Clerk of the United States District court for the Southern District of Texas by using the Court's Electronic Filing ("ECF") system.  A true and correct copy of this brief has been served via the Court's ECF system on:

E. Paxton Warner
Assistant United States Attorney
1701 W. Bus. Hwy. 83, Suite 600
McAllen, TX  78501
Paxton.Warner@usdoj.gov

In addition, on May 17, 2019, I sent a copy of this filing by electronic mail to:

Sarah B. Fabian
Senior Litigation Counsel
Office of Immigration Litigation-District Court Section
Sarah.b.fabian@usdoj.gov

Ricardo de Anda

2