# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| B.X., a minor, | ) |
|     Petitioner/Plaintiff, | ) ) ) |
| v. | ) ) |
| JONATHAN HAYES, in his official capacity as Interim Director of the Office of Refugee Resettlement, and SERVANDO BARRERA, in his official capacity as Federal Field Specialist, Office of Refugee Resettlement, | ) ) ) ) ) ) ) ) |
|     Respondent/Defendant. | ) ) |

CIVIL ACTION NO. 1:19-cv-00017

## JOINT STIPULATION OF DISMISSAL

NOW COME Petitioner B.X., a minor and Respondents, JONATHAN H. HAYES, in his official capacity as Director of the Office of Refugee Resettlement; and SERVANDO BARRERA, in his official capacity as Federal Field Specialist, Office of Refugee Resettlement, pursuant to Fed R. Civ P. 41(a)(1)(A)(ii), who jointly stipulate to the dismissal of all claims by the Petitioner in this case, with prejudice, each party to bear their own cost.

[Remainder of Page Intentionally Left Blank]

1

| Counsel for Petitioner: | Respectfully submitted, |
|---|---|
| | Counsel for Respondents: |
| | RYAN K. PATRICK<br>United States Attorney |
| *[signature]*<br>Ricardo de Anda<br>DE ANDA LAW FIRM, P.C.<br>212 Flores Avenue<br>Laredo, Texas 78040<br>Tel. 956-726-3800<br>Fax. 956-726-0030<br>deandalaw@gmail.com<br>Texas Bar No. 05689500 | s/ *E. Paxton Warner* by permission<br>E. Paxton Warner<br>Assistant United States Attorney<br>Southern District Bar No. 555957<br>Texas Bar No. 24003139<br>USAO-Southern District of Texas<br>1701 West Hwy 83, Suite 600<br>McAllen, Texas 78501<br>Tel. 956-618-8010<br>Fax. 956-618-8016 |
| Attorney in Charge for Plaintiff | Attorney in Charge for Respondents |

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a notice of electronic filing to all attorneys of record.

By: *[signature]*
/RICARDO DE ANDA
Attorney for Petitioner