UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| B. X., § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO. 1:19-CV-17 |
| § | |
| JONATHAN HAYES, *et al*, § | |
| § | |
| Respondents. § | |

## **ORDER**

On June 5, 2019, the parties filed a joint stipulation of dismissal (Doc. 37).

The Court **ORDERS** that this case be dismissed with prejudice. Costs are to be taxed against the party incurring the same. This is a final and appealable order dismissing all claims made against all parties.

SIGNED this 30th day of August, 2019.

_____
Fernando Rodriguez, Jr.
United States District Judge